HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SEAWAY PROPERTIES, LLC,

    Plaintiff,

  v.

FIREMAN'S FUND INSURANCE COMPANY, et al.,

    Defendants.

CASE NO. C13-633RAJ

ORDER

The court GRANTS the parties' stipulated motion (Dkt. # 35) to relieve them of case deadlines pending the court's disposition of their cross-motions for summary judgment. The clerk shall VACATE all pending pretrial deadlines and the trial date. If necessary, the court will impose new deadlines, or call for input from the parties as to new deadlines, when it resolves the parties' summary judgment motions.

DATED this 17th day of March, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1