The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAWAY PROPERTIES, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; and ASSOCIATED INDEMNITY CORPORATION, a California Corporation,<br><br>Defendants. | NO.  2:13-CV-00633-RAJ<br><br>ORDER ON STIPULATED MOTION TO CORRECT ORDER ON SUMMARY JUDGMENT |

## STIPULATION

COMES NOW Plaintiff Seaway Properties, LLC ("Seaway") and Defendants Fireman's Fund Insurance Company ("FFIC") and Associated Indemnity Corporation ("AIC"), collectively "the Parties," and submit this Stipulation to Correct Order on Summary Judgment.

The Parties respectfully move the Court to correct a single typographical error in the order on summary judgment. On page 17, lines 24-25, of the order entered at Docket No. 39, the

Stipulated Motion and Proposed
Order to Correct Order on Summary Judgment.
2:13-CV-00633-RAJ

Martens + Associates | P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722

Page 1

1  order states, "[i]t suffices to hold that Seaway violated at least two regulations..." The Court
2  clearly meant FFIC, rather than Seaway, and the Parties request that the Court substitute "FFIC"
3  where line 25 currently begins with "Seaway." While this may seem trivial, the order has now
4  been published, and the Parties believe it important that material which may later be quoted in
5  other cases accurately state what the Court intended to say.

   RESPECTFULLY SUBMITTED this 12th day of May, 2014.

| **Martens + Associates | P.S.** | **Carney Badley Spellman, P.S.** |
|---|---|
| By: s/ Richard L. Martens<br>Richard L. Martens, WSBA # 4737<br>Steven A. Stolle, WSBA # 30807<br>Rose K. McGillis, WSBA # 34469<br>Attorneys for Plaintiff<br>SEAWAY PROPERTIES, LLC | By: s/ Emilia L. Sweeney<br>Emilia A. Sweeney, WSBA #23371<br>Attorneys for Defendants FIREMAN'S<br>FUND INSURANCE COMPANY and<br>ASSOCIATED INDEMNITY<br>CORPORATION |

## ORDER

IT IS SO ORDERED.

DATED this ___ day of May, 2014.

_____
Honorable Richard A. Jones

Stipulated Motion and Proposed
Order to Correct Order on Summary
Judgment.
2:13-CV-00633-RAJ

Martens + Associates | P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722

Page 2